In re: Delroy D. CARTER, Petitioner.

No. 05–1471.

United States Court of Appeals,
Third Circuit.

Submitted Under Rule 21, Fed. R.App.
Pro. March 11, 2005.

Decided May 4, 2005.

Delroy D. Carter, Fort Dix FCI, Fort Dix, NJ, pro se.

George S. Leone, Office of United States Attorney, Newark, NJ, for Respondent.

Before SCIRICA, Chief Judge, WEIS and GARTH, Circuit Judges.

OPINION

PER CURIAM.

Delroy D. Carter asks that we issue a writ of mandamus directing the District Court to rule on his motion under 28 U.S.C. § 2255 claiming ineffective assistance of counsel and that the District Court erred in computing his sentence. For the reasons that follow, we will deny the petition.

Carter is a federal prisoner at FCI–Fort Dix serving seventy-eight months for illegally reentering the country after deportation. On April 29, 2002, following a direct appeal, he filed a motion under 28 U.S.C. § 2255. After nearly three years in the District Court, Carter had not received a ruling on his motion despite multiple requests. On February 14, 2005, Carter filed the current petition for a writ of mandamus asking us to direct the District Court to rule on his pending motion.

By order entered April 22, 2005, the District Court denied Carter's § 2255 motion. Because the District Court has ruled on Carter's motion, we will deny the mandamus petition as moot.